**No. 11-6536. Kevin Nevoyle Dickerson, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 530, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7661.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 436 Fed. Appx. 252.

**No. 11-6539. Shawn Dillard, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 530, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7702.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 432 Fed. Appx. 158.

**No. 11-6540. Ricardo Rochin-Jerez, aka Francisco Camargo-Peralta, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7613.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 619.

**No. 11-6541. Daniel Rodriguez-Saucedo, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7643.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-6542. Stacey Laveral Williams, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7742.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 431 Fed. Appx. 321.

**No. 11-6544. Felipe Alfonso Avila, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7660.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6545. Domingo Rodriguez, Petitioner v. United States.**

565 U.S. 991, 132 S. Ct. 531, 181 L. Ed. 2d 372, 2011 U.S. LEXIS 7699.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 423 Fed. Appx. 28.